UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| **Claire-Helene Gaudissart** <br> Plaintiff <br><br> v. <br><br> **University of New Hampshire** <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:22-cv-00253-SE |

## STIPULATION OF DISMISSAL

NOW COMES the Parties, by and through their attorneys, and stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 3, 2023

                                              Respectfully Submitted,

CLAIRE-HELENE GAUDISSART
By her attorneys,
Backus, Meyer & Branch, LLP
By: __/s/ Jon Meyer_____
Jon Meyer, Esquire, NH Bar # 1744
116 Lowell Street, PO Box 516
Manchester, NH 03105-0516
(603) 668-7272
jmeyer@backusmeyer.com

Dated: July 3, 2023

UNIVERSITY OF NEW HAMPSHIRE
 By their attorneys,
Jackson Lewis
By: __/s/ K. Joshua Scott_____
K. Joshua Scott, Esq., NH Bar # 17479
100 International Drive, Suite 363
Portsmouth, NH 03801
 (603) 559-2711
 joshua.scott@jacksonlewis.com

2

**CERTIFICATION**

     A copy of the foregoing was sent this date via email the Court's electronic filing system to all counsel of record.

Dated:  July 3, 2023                              __/s/ Jon Meyer_____
                                                          Jon Meyer, Esquire